**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6632**

---

ROGER T. CLIFTON,

　　　　　　　　　　　　　　　　　Petitioner - Appellant,

　　　　versus

GEORGE DEEDS, Warden, Keen Mountain Correc-
tional Center; WASHINGTON COUNTY CIRCUIT
COURT; ATTORNEY GENERAL OF THE COMMONWEALTH OF
VIRGINIA,

　　　　　　　　　　　　　　　　　Respondents - Appellees.

---

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.　Jackson L. Kiser, Senior District
Judge.　(CA-97-527-R)

---

Submitted:　July 22, 1998　　　　　Decided:　August 10, 1998

---

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Marcia Gail Shein, LAW OFFICE OF MARCIA G. SHEIN, P.C., Atlanta,
Georgia, for Appellant.　Linwood Theodore Wells, Jr., Assistant
Attorney General, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Roger T. Clifton seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Clifton v. Deeds, No. CA-97-527-R (W.D. Va. Apr. 17, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED